# WINSTEAD

Austin   Dallas   Fort Worth   Houston   San Antonio   The Woodlands   Washington, D.C.

401 Congress Avenue         512.370.2800 OFFICE
Suite 2100                         512.370.2850 FAX
Austin, Texas 78701           winstead.com

Linda J. Burgess
direct dial: 512.370.2881
lburgess@winstead.com

January 9, 2015

**VIA FAX: 713.714.1111**
J. Steve Mostyn
Mostyn Law Firm
3810 W. Alabama Street
Houston, Texas 77027

Re:   Insured:        Anita Cavazos
      Claim No:       53-108X-295
      Policy No:      83-LR-1582-6
      Date of Loss:   March 29, 2012
      Location:       1706 Audrey Drive, Mission, Texas 78572

      Civil Action No. 7:14-CV-00377; *Anita Cavazos v. State Farm Lloyds, Richard Freymann and Nathan Burris*; United States District Court, Southern District of Texas, McAllen Division

Dear Mr. Mostyn:

Please be advised that by this letter, State Farm Lloyds ("State Farm") demands appraisal of Claim No. 53-108X-295 under the referenced homeowners policy issued by State Farm. The Policy provides as follows:

## SECTION 1 – CONDITIONS

4.   **Appraisal.** If you and we fail to agree on the amount of loss, either one can demand that the amount of the loss be set aside by appraisal. If either makes a written demand for appraisal, each shall select a competent, disinterested appraiser. Each shall notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers shall then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report and an agreement

J. Steve Mostyn
January 9, 2015
Page - 2

to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

State Farm requests appraisal of the amount of loss, stating separately the actual cash value and loss to each item. State Farm also requests appraisal of the full costs of repair or replacement of loss to such dwelling and/or other structure, without deduction for depreciation.

State Farm appoints appraiser Bryan Scanlan. Mr. Scanlan can be reached at:

Bryan Scanlan
ICC Group – Insurance Claims Consultants Group, LLC
2303 RR 620
Suite 135-224
Lakeway, Texas 78734
Tel: (512) 576-4493
Fax: (830) 331-1494
bryan@iccgrp.com

By this request, State Farm does not waive any of the policy provisions, conditions, defenses, exclusions or limitations, and in fact, intends to rely on them throughout the appraisal process. The appraisal award will be subject to the Policy's provisions, conditions, exclusions and limitations.

We look forward to receiving notification of your selected appraiser.

Very truly yours,

*Linda J. Burgess*
Linda J. Burgess
*Counsel for State Farm Lloyds*

cc: Ray R. Ortiz
Jones, Andrews & Ortiz, PC