EXHIBIT "B-6"

**COMPANY:** State Farm

**CLAIM #** 53-108X-295

**INSURED:** Anita Cavazos
**ADDRESS:** 1706 Audrey Dr.
Mission, Texas 78572

## AWARD

We, the undersigned, pursuant to the within appointment, DO HEREBY CERTIFY that we have truly and conscientiously performed the duties assigned determined and do hereby award as the Actual Cash Value and the Replacement Cost Value of said property damaged by __Wind / Hail__

| Item | Dwelling | $14,151.69 |
| Item | Other Structures | $1,362.23 |
| Item | | |
| Item | | |
| Item | | |

**ACTUAL CASH VALUE** $14,537.71

**TOTAL AMOUNT OF LOSS** $15,513.92

**SPECIAL PROVISIONS:**
1. Subject to policy provisions and deductible
2. Less any previous payments per this claim
3. Policy coverage to be addressed by others

Witness our hands this __15th__ day of __September__, __2015__.

Bryan Scanlan _____ APPRAISER

Gene Riley    9/30/2015  _____ APPRAISER

Cecil Parker  _____ UMPIRE

## Cecil Parker

| | |
|---|---|
| Insured: | Anita Cavazos |
| Property: | 1706 Audrey |
| | Mission, TX 78572 |
| | |
| Estimator: | Cecil Parker |

**Claim Number:** 53-LR-1582-6  **Policy Number:**  **Type of Loss:** <NONE>

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 9/1/2015 5:48 PM |
| | | | |
| Price List: | TXMC8X_SEP15 | | |
| | Restoration/Service/Remodel | | |
| Estimate: | 53-LR-1582-6 | | |

## Cecil Parker

### 53-LR-1582-6

#### Dwelling Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Laminated - comp. shingle rfg. - w/out felt | 28.80 SQ | 49.39 | 0.00 | 298.71 | 1,721.14 | (0.00) | 1,721.14 |
| 2. Laminated - comp. shingle rfg. - w/out felt | 32.00 SQ | 159.92 | 249.93 | 1,127.14 | 6,494.51 | (655.88) | 5,838.63 |
| 3. Roofing felt - 30 lb. | 28.80 SQ | 23.17 | 23.62 | 145.09 | 836.01 | (61.97) | 774.04 |
| 4. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 28.80 SQ | 8.48 | 0.00 | 51.28 | 295.50 | (0.00) | 295.50 |
| 5. Additional charge for steep roof - 7/12 to 9/12 slope | 28.80 SQ | 26.38 | 0.00 | 159.54 | 919.28 | (0.00) | 919.28 |
| 6. R&R Drip edge | 304.00 LF | 1.66 | 15.80 | 109.29 | 629.73 | (41.46) | 588.27 |
| 7. R&R Valley metal | 140.00 LF | 3.86 | 18.94 | 117.45 | 676.79 | (49.71) | 627.08 |
| 8. Step flashing | 26.00 LF | 6.11 | 3.58 | 34.12 | 196.56 | (9.40) | 187.16 |
| 9. R&R Continuous ridge vent - aluminum | 40.00 LF | 6.08 | 9.24 | 53.01 | 305.45 | (24.25) | 281.20 |
| 10. R&R Exhaust cap - through roof - 6" to 8" | 1.00 EA | 63.08 | 2.56 | 13.79 | 79.43 | (6.71) | 72.72 |
| 11. R&R Flashing - pipe jack | 5.00 EA | 29.55 | 3.55 | 31.78 | 183.08 | (9.32) | 173.76 |
| 12. R&R Roof vent - turtle type - Metal | 1.00 EA | 43.02 | 1.24 | 9.30 | 53.56 | (3.25) | 50.31 |
| 13. Painter - per hour<br>Required to paint drip edge before installation | 6.00 HR | 49.55 | 0.00 | 62.43 | 359.73 | (0.00) | 359.73 |
| 14. (Material Only) Paint the surface area - two coats<br>Material only drip edge. | 304.00 LF | 0.19 | 4.77 | 13.14 | 75.67 | (12.50) | 63.17 |
| **Totals: Dwelling Roof** | | | 333.23 | 2,226.07 | 12,826.44 | 874.45 | 11,951.99 |

#### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15. Gutter / downspout - Detach & reset | 15.00 LF | 2.90 | 0.00 | 9.14 | 52.64 | (0.00) | 52.64 |
| **Totals: Front Elevation** | | | 0.00 | 9.14 | 52.64 | 0.00 | 52.64 |

#### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 16. Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | 112.10 | 0.00 | 23.54 | 135.64 | (0.00) | 135.64 |
| **Totals: Left Elevation** | | | 0.00 | 23.54 | 135.64 | 0.00 | 135.64 |

**Cecil Parker**

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17. Gutter / downspout - Detach & reset | 20.00 LF | 2.90 | 0.00 | 12.18 | 70.18 | (0.00) | 70.18 |
| **Totals: Rear Elevation** | | | **0.00** | **12.18** | **70.18** | **0.00** | **70.18** |

### Garage

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 18. (Material Only) 5/8" drywall - hung, taped, floated, ready for paint | 32.00 SF | 0.51 | 1.35 | 3.72 | 21.39 | (3.53) | 17.86 |
| 19. Drywall - Labor Minimum | 1.00 EA | 229.20 | 0.00 | 48.13 | 277.33 | (0.00) | 277.33 |
| 20. Paint the surface area - two coats Paint Ceiling | 335.53 SF | 0.68 | 5.26 | 49.03 | 282.45 | (13.80) | 268.65 |
| 21. Paint casing - one coat | 8.00 LF | 0.65 | 0.05 | 1.11 | 6.36 | (0.12) | 6.24 |
| 22. Mask and cover large light fixture | 3.00 EA | 13.29 | 0.16 | 8.42 | 48.45 | (0.00) | 48.45 |
| 23. Floor protection - plastic and tape - 10 mil | 0.00 SF | 0.22 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 24. Contents - move out then reset - Large room | 1.00 EA | 53.46 | 0.00 | 11.23 | 64.69 | (0.00) | 64.69 |
| 25. Cleaning - Labor Minimum | 1.00 EA | 67.58 | 6.75 | 14.19 | 88.52 | (0.00) | 88.52 |
| **Totals: Garage** | | | **13.57** | **135.83** | **789.19** | **17.45** | **771.74** |

### Fence

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26. Stain - wood fence/gate | 1,574.00 SF | 0.59 | 23.37 | 199.93 | 1,151.96 | (76.67) | 1,075.29 |
| 27. Wood fence 5' - 6' high - Detach & reset - per 8' section | 1.00 EA | 47.52 | 0.18 | 10.02 | 57.72 | (0.59) | 57.13 |
| 28. R&R Wood fence slat 5' - 6' high - cedar or equal | 3.00 EA | 5.83 | 0.72 | 3.83 | 22.04 | (2.35) | 19.69 |
| **Totals: Fence** | | | **24.27** | **213.78** | **1,231.72** | **79.61** | **1,152.11** |

### Mailbox

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 29. Seal & paint stucco | 24.00 SF | 1.01 | 0.48 | 5.19 | 29.91 | (1.25) | 28.66 |
| **Totals: Mailbox** | | | **0.48** | **5.19** | **29.91** | **1.25** | **28.66** |

**Cecil Parker**

### Shed

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 30. Remove Laminated - comp. shingle rfg (per SHINGLE) | 3.00 EA | 3.60 | 0.00 | 2.27 | 13.07 | (0.00) | 13.07 |
| 31. Laminated - comp. shingle rfg (per SHINGLE) | 3.00 EA | 9.04 | 0.47 | 5.79 | 33.38 | (1.22) | 32.16 |
| 32. R&R Ridge cap - composition shingles | 10.00 LF | 4.39 | 0.85 | 9.40 | 54.15 | (2.23) | 51.92 |
| **Totals: Shed** | | | 1.32 | 17.46 | 100.60 | 3.45 | 97.15 |

### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 33. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 97.41 | 0.00 | 20.46 | 117.87 | (0.00) | 117.87 |
| 34. Temporary toilet (per month) | 1.00 MO | 132.01 | 0.00 | 27.72 | 159.73 | (0.00) | 159.73 |
| 35. Taxes, insurance, permits & fees (Bid item) | 250.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: General** | | | 0.00 | 48.18 | 277.60 | 0.00 | 277.60 |
| **Line Item Totals: 53-LR-1582-6** | | | 372.87 | 2,691.37 | 15,513.92 | 976.21 | 14,537.71 |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 14,151.69 | 91.22% | 13,259.79 | 91.21% |
| Other Structures | 1,362.23 | 8.78% | 1,277.92 | 8.79% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 15,513.92 | 100.00% | 14,537.71 | 100.00% |

**Cecil Parker**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 11,349.95 |
| Material Sales Tax | 340.05 |
| Subtotal | 11,690.00 |
| Overhead | 1,169.03 |
| Profit | 1,285.91 |
| Cleaning Sales Tax | 6.75 |
| **Replacement Cost Value** | **$14,151.69** |
| Less Depreciation | (891.90) |
| **Actual Cash Value** | **$13,259.79** |
| **Net Claim** | **$13,259.79** |
| Total Recoverable Depreciation | 891.90 |
| **Net Claim if Depreciation is Recovered** | **$14,151.69** |

Cecil Parker

**Cecil Parker**

## Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 1,099.73 |
| Material Sales Tax | 26.07 |
| Subtotal | 1,125.80 |
| Overhead | 112.59 |
| Profit | 123.84 |
| **Replacement Cost Value** | **$1,362.23** |
| Less Depreciation | (84.31) |
| **Actual Cash Value** | **$1,277.92** |
| **Net Claim** | **$1,277.92** |
| Total Recoverable Depreciation | 84.31 |
| **Net Claim if Depreciation is Recovered** | **$1,362.23** |

_____
Cecil Parker

**Cecil Parker**

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | 1,281.62 | 1,409.75 | 366.12 | 0.00 | 6.75 | 0.00 | 0.00 |
| **Total** | **1,281.62** | **1,409.75** | **366.12** | **0.00** | **6.75** | **0.00** | **0.00** |

**Cecil Parker**

## Recap by Room

**Estimate: 53-LR-1582-6**

| | | | |
|---|---|---|---|
| **Dwelling Roof** | | **10,267.14** | **82.47%** |
| Coverage: Dwelling | 100.00% = | 10,267.14 | |
| **Front Elevation** | | **43.50** | **0.35%** |
| Coverage: Dwelling | 100.00% = | 43.50 | |
| **Left Elevation** | | **112.10** | **0.90%** |
| Coverage: Dwelling | 100.00% = | 112.10 | |
| **Rear Elevation** | | **58.00** | **0.47%** |
| Coverage: Dwelling | 100.00% = | 58.00 | |
| **Garage** | | **639.79** | **5.14%** |
| Coverage: Dwelling | 100.00% = | 639.79 | |
| **Fence** | | **993.67** | **7.98%** |
| Coverage: Other Structures | 100.00% = | 993.67 | |
| **Mailbox** | | **24.24** | **0.19%** |
| Coverage: Other Structures | 100.00% = | 24.24 | |
| **Shed** | | **81.82** | **0.66%** |
| Coverage: Other Structures | 100.00% = | 81.82 | |
| **General** | | **229.42** | **1.84%** |
| Coverage: Dwelling | 100.00% = | 229.42 | |
| **Subtotal of Areas** | | **12,449.68** | **100.00%** |
| Coverage: Dwelling | 91.17% = | 11,349.95 | |
| Coverage: Other Structures | 8.83% = | 1,099.73 | |
| **Total** | | **12,449.68** | **100.00%** |

**Cecil Parker**

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---:|---:|---:|
| **CLEANING** | | | **67.58** | | **67.58** |
| Coverage: Dwelling | @ | 100.00% = | 67.58 | | |
| **CONTENT MANIPULATION** | | | **53.46** | | **53.46** |
| Coverage: Dwelling | @ | 100.00% = | 53.46 | | |
| **GENERAL DEMOLITION** | | | **1,955.40** | | **1,955.40** |
| Coverage: Dwelling | @ | 98.60% = | 1,927.96 | | |
| Coverage: Other Structures | @ | 1.40% = | 27.44 | | |
| **DRYWALL** | | | **245.52** | **3.26** | **242.26** |
| Coverage: Dwelling | @ | 100.00% = | 245.52 | | |
| **FENCING** | | | **62.67** | **2.71** | **59.96** |
| Coverage: Other Structures | @ | 100.00% = | 62.67 | | |
| **HEAT, VENT & AIR CONDITIONING** | | | **112.10** | | **112.10** |
| Coverage: Dwelling | @ | 100.00% = | 112.10 | | |
| **PAINTING** | | | **1,581.19** | **96.39** | **1,484.80** |
| Coverage: Dwelling | @ | 39.74% = | 628.29 | | |
| Coverage: Other Structures | @ | 60.26% = | 952.90 | | |
| **ROOFING** | | | **8,138.25** | **799.44** | **7,338.81** |
| Coverage: Dwelling | @ | 99.30% = | 8,081.53 | | |
| Coverage: Other Structures | @ | 0.70% = | 56.72 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **101.50** | | **101.50** |
| Coverage: Dwelling | @ | 100.00% = | 101.50 | | |
| **TEMPORARY REPAIRS** | | | **132.01** | | **132.01** |
| Coverage: Dwelling | @ | 100.00% = | 132.01 | | |
| **O&P Items Subtotal** | | | **12,449.68** | **901.80** | **11,547.88** |
| **Material Sales Tax** | | | **366.12** | **74.41** | **291.71** |
| Coverage: Dwelling | @ | 92.88% = | 340.05 | | |
| Coverage: Other Structures | @ | 7.12% = | 26.07 | | |
| **Overhead** | | | **1,281.62** | | **1,281.62** |
| Coverage: Dwelling | @ | 91.22% = | 1,169.03 | | |
| Coverage: Other Structures | @ | 8.78% = | 112.59 | | |
| **Profit** | | | **1,409.75** | | **1,409.75** |
| Coverage: Dwelling | @ | 91.22% = | 1,285.91 | | |
| Coverage: Other Structures | @ | 8.78% = | 123.84 | | |
| **Cleaning Sales Tax** | | | **6.75** | | **6.75** |
| Coverage: Dwelling | @ | 100.00% = | 6.75 | | |
| **Total** | | | **15,513.92** | **976.21** | **14,537.71** |